IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Matthew Cullopy, <br><br> Plaintiff, <br><br> v. <br><br> Stoneleigh Recovery Associates, LLC; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 1:13-cv-03583 |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Matthew Cullopy ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 7, 2013

                                                                 Respectfully submitted,

                                                                 PLAINTIFF, Matthew Cullopy

                                                                 By: /s/ Sergei Lemberg
                                                                 Sergei Lemberg, Esq.
                                                                 LEMBERG & ASSOCIATES L.L.C.
                                                                  1100 Summer Street, 3rd Floor
                                                                  Stamford, CT 06905
                                                                  Telephone: (203) 653-2250
                                                                  Facsimile: (203) 653-3424

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 7, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Northern District of Illinois Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By /s/ Sergei Lemberg
                                                       Sergei Lemberg